IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Entry of Stipulated Protective Order (docket no. 34) is GRANTED. The written Stipulated Protective Order (docket no. 34-2) is APPROVED as amended in paragraph G and made an Order of Court.

Date:  August 24, 2009