IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Answer and Counterclaims, DN 44, filed with the Court on September 23, 2009, is GRANTED.  The Amended Answer and Counterclaim is accepted for filing as of the date of this Minute Order.

Date:  September 25, 2009