IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Due to a conflict on the Court's calendar, it is hereby ORDERED that the **start time** for the Telephonic Status Conference set on October 14, 2009 has been changed from 9:00 a.m., to 1:30 p.m.  The plaintiff shall initiate a conference call to both parties and then contact the court by calling (303) 844-2403 at 1:30 p.m. on October 14, 2009.

Date: October 5, 2009