IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify Amended Scheduling Order, DN 59, filed with the Court on November 10, 2009, is GRANTED. The tendered Stipulation to Modify Amended Scheduling Order, DN 60, filed with the Court on November 10, 2009, is approved and made an order of the court.  The Scheduling Order is amended to reflect that the deadline to make initial expert witness designations is extended up to and including February 12, 2010; the deadline to make rebuttal expert witness designations is extended up to and including February 26, 2010, and the cutoff date for expert discovery is extended up to and including March 19, 2010.

Date:  November 13, 2009