IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel Defendant Williams' Discovery Responses (docket no. 71) is GRANTED.  The Defendant Williams has failed to timely file any response to the subject motion and this court deems the motion confessed.  Defendant Williams shall provide to Plaintiff, full and complete responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents on or before **February 5, 2010.**

Date:  January 21, 2010