IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

**Plaintiff,**

v.

SILICONEXPERT TECHNOLOGIES INC. and JEFFREY J. WILLIAMS,

**Defendants.**

---

ORDER ( Docket No 77 )

---

This matter comes before the Court on Plaintiff PartMiner Worldwide, Inc.'s Motion to Modify Amended Scheduling Order. The Court, being fully advised and good cause appearing, hereby GRANTS Plaintiff's Motion. The discovery cut-off is extended for the Limited purpose of completing the depositions of Mr. Omar Ahmad, SiliconExpert's designee(s) pursuant to Rule 30(b)(6) and Defendant Jeffrey Williams until April 30, 2010. ~~either three weeks after denial of PartMiner's pending Motion to Compel (Doc. No. 73) or two weeks after delivery of the documents subject to the subpoena at issue in PartMiner's Motion to Compel (Id.)~~.

Dated this 21st day of January, 2010.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

#1441991 v1 den