# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   09-cv-00586-MSK-MJW         FTR - Courtroom A-502

**Date:**   January 26, 2010                                   Courtroom Deputy, Ellen E. Miller

|  *Parties*  |  *Counsel*  |
|---|---|
| PARTMINER WORLDWIDE INC., | Randall H. Miller |
| Plaintiff(s), | |
| v. | |
| SILICONEXPERT TECHNOLOGIES, INC., and | Stuart C. Clark |
| JEFFREY J. WILLIAMS, | Dan S. Cross |
| Defendant(s). | |
| AVNET, INC., | Peter J. Korneffel, Jr. |
|  | Joe Piesco (by telephone) |
| Interested Party. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION HEARING**
**Court in Session:**   1:33 p.m.
Court calls case. Appearances of counsel.
The Court raises Plaintiff's Motion to Compel for argument.

Argument by Randall Miller on behalf of plaintiff.
Argument by Joe Piesco
Statements by Stuart Clark.
Statements by Dan Cross.
Statement by Randall Miller.

**It is ORDERED:**     Plaintiff's MOTION TO COMPEL DISCOVERY FROM THIRD PARTY AVNET, INC. [Docket No. **73**, Filed December 22, 2009] is **TAKEN UNDER ADVISEMENT.**  The court will issue its written Order.

The Court recesses to begin the Settlement Conference.

Hearing concluded.    **Court in recess:**    2:30 p.m.    Total In-Court Time 00:57

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or Toll Free 1-800-962-3345.   FAX (303) 893-8305      www.AveryWoods.net