IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　It is hereby ORDERED that the Motion to Withdraw, DN 94, filed with the Court on February 9, 2010, is GRANTED.  Michael W. Byrne is withdrawn as counsel of record for the Third Party Avnet, Inc.  The Third Party Avnet, Inc. will continue to be represented by Peter J. Korneffel, Jr. and Ericka F. Houck Englert in this matter.

Date:  February 11, 2010