IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 09-cv-00586-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** March 22, 2010 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| PARTMINER WORLDWIDE INC., | Randall H. Miller |
| Plaintiff(s), | |
| v. | |
| SILICONEXPERT TECHNOLOGIES, INC., and | - - - - no appearance - - - - |
| JEFFREY J. WILLIAMS, | Dan S. Cross (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session:** 2:10 p.m.
Court calls case. Appearances of counsel.

The Order entered by the Court on January 28, 2010 [Docket No. 90] granted in part and reserved in part Plaintiff's Motion to Compel Discovery From Third Party Avnet, Inc. [DN 73]. The Court raises that portion of the motion for argument.
Plaintiff advises the Court that the remaining cell phone records from Avnet were received this morning.

**It is ORDERED:**   The RESERVED portion of Plaintiff's MOTION TO COMPEL DISCOVERY FROM THIRD PARTY AVNET INC. [Docket No. 73, Filed December 22, 2009] is **DENIED AS MOOT.**

It is noted Plaintiff filed a Motion to Modify Amended Scheduling Order to Extend Expert Designation Deadlines [Docket No. 102, Filed March 10, 2010] and Defendant SiliconExpert Technologies Inc. filed its response Opposition to Motion to Retroactively Extend Expert Witness Designation Dates [Docket No 107, Filed March 17, 2010].
The Court will rule on the papers. No reply shall be filed.

Hearing concluded.   **Court in recess:**   2:18 p.m.
Total In-Court Time 00: 08

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or Toll Free 1-800-962-3345.   FAX (303) 893-8305      www.AveryWoods.net