IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

**Plaintiff,**

v.

SILICONEXPERT TECHNOLOGIES INC. and
JEFFREY J. WILLIAMS,

**Defendants.**

---

ORDER ( Docket No 102 )

---

This matter comes before the Court on Plaintiff PartMiner Worldwide, Inc.'s Motion To Modify Amended Scheduling Order To Extend Expert Designation Deadlines. The Court, being fully advised and good cause appearing, hereby GRANTS Plaintiff's Motion. The expert witness disclosure and discovery schedule shall be extended to as follows: initial expert witnesses may be disclosed on or before May 21, 2010; rebuttal expert witness designations may be made on or before June 4, 2010; and the cutoff date for expert discovery is June 18, 2010.

Dated this 23rd day of March, 2010.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
**DISTRICT OF COLORADO**

#1462866 v1 den