IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Withdraw, DN 120, filed with the Court on April 6, 2010, DN 120, is GRANTED. Ericka F. Houck Englert, Peter J. Korneffel, and Joseph A. Piesco, Jr. are withdrawn as counsel for the Third Party Avnet, Inc. in this matter.

Date: April 12, 2010