IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff(s),

v.

SILICONEXPERT TECHNOLOGIES INC, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that substantially for the reasons stated in the motion, the Plaintiff's Motion to Compel Discovery from Defendant SiliconExpert Technologies Inc. **(Docket No. 110)** is **granted** as set forth below. Contrary to defendant's assertions, the court finds that the additional documents and interrogatory responses are relevant to the claims and/or defenses asserted in this action. Fed. R. Civ. P. 26(b)(1). Defendant shall fully respond to the interrogatories and produce the documents as set forth below on or before **May 7, 2010**.

**Interrogatory 5:** Defendant's objections are overruled. Defendant shall fully respond.

**Interrogatory 18:** Defendant's objections are overruled. Defendant shall fully respond with regard to promotional materials involving Google or referring to PartMiner.

**Interrogatory 20:** Defendant's objections are overruled. Defendant shall fully respond with regard to promotional materials involving Google or referring to PartMiner

**Interrogatory 21:** Defendant's objections are overruled. Defendant shall fully respond.

**Request for Production No. 3**: Defendant's objections are overruled. Defendant shall produce the documents requested.

**Request for Production No. 7:** Defendant's objections are overruled. Defendant shall produce the documents requested.

**Request for Production No. 9:** Defendant's objections are overruled.

Defendant shall produce the documents requested.

**Request for Production No. 12:** Defendant's objections are overruled. Defendant shall produce the documents requested which concern promotional materials involving Google or referring to PartMiner.

**Request for Production No. 13:** Defendant's objections are overruled. Defendant shall produce the documents requested.

**Request for Production No. 14:** Defendant's objections are overruled. Defendant shall produce the documents requested.

It is further **ORDERED** that pursuant to Fed. R. Civ. P. 37(a)(5)(A), defendant shall pay the plaintiff the plaintiff's reasonable expenses incurred in making the motion, including attorney fees. The parties shall forthwith meet and confer to see if they can agree upon the amount of reasonable expenses, including attorney fees. If the parties can agree, then the parties shall file their written stipulation of reasonable expenses with the court on or before **May 7, 2010**. If the parties cannot agree, then the plaintiff shall have up to and including **May 14, 2010**, to file its itemized affidavit of expenses. Defendant shall then have **seven (7) days** to respond to plaintiff's itemized affidavit of expenses. If a response is filed, then plaintiff shall have **seven (7) days** to file a reply to the response.

It is further **ORDERED** that the Motion by SiliconExpert to Compel Production of Documents by PartMiner **(Docket No. 112)** is **denied**. Plaintiff has represented that it has produced all documents in its possession, custody, and control that are responsive to the requests for production at issue in this motion. Plaintiff's counsel advised defense counsel of such two weeks before the motion was filed. See Docket No. 125 at 125-1 at 2. Therefore, defendant's motion is baseless. It is thus further

**ORDERED** that on or before **May 7, 2010**, defendant shall show cause in writing why plaintiff should not be awarded its reasonable expenses, including attorney fees, pursuant to Fed. R. Civ. P. 37(a)(5)(B), in opposing the motion. Plaintiff shall then have up to and including **May 14, 2010,** to file a response thereto.

Date: April 30, 2010