IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09–cv–00586–MSK–MJW

PARTMINER WORLDWIDE INC.,

    Plaintiff,

v.

SILICONEXPERT TECHNOLOGIES INC. and
JEFFREY J. WILLIAMS,

    Defendants.

## ORDER PERMITTING COUNSEL FOR SILICONEXPERT TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE

It is hereby ORDERED that the Motion by Counsel for SiliconExpert for Leave to Appear Telephonically at the Status Conference, DN 133, filed with the Court on May 5, 2010, is GRANTED and counsel for SiliconExpert (Stuart Clark) may appear telephonically at the status conference scheduled for 9.00 a.m. on Thursday, May 6, 2010. (Mountain Time). The court's phone number is (303) 844-2403 and Mr. Stuart shall place the call promptly at the scheduled time.

Dated this 5th Day of May, 2010.

                                            BY THE COURT:

                                            s/Michael J. Watanabe
                                            _____
                                            MICHAEL J. WATANABE
                                            United States Magistrate Judge