IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

    Plaintiff,

v.

SILICONEXPERT TECHNOLOGIES INC. and
JEFFREY J. WILLIAMS,

    Defendants.

## STIPULATION TO RESOLUTION OF EXPENSE RECOVERY ISSUE ON PARTMINER'S MOTION TO COMPEL

**WHEREAS:**

A. In his Minute Order dated April 30, 2010 Hon. Michael J. Watanabe awarded plaintiff PartMiner Information Services, Inc ("PartMiner") reasonable expenses incurred in making its motion to compel, and directed the parties to meet and confer to see if they could agree upon the amount of reasonable expenses, including attorney's fees, and to file their written stipulation with the court in the event that agreement could be reached;

B. The parties have met and conferred as directed, and have agreed that the amount of reasonable expenses payable by defendant SiliconExpert Technologies, Inc. ("SiliconExpert") to PartMiner with respect to PartMiner's motion to compel;

**NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS**

SiliconExpert shall pay to PartMiner, no later than ten (10) days after the date of this stipulation, the sum of $5,000 (FIVE THOUSAND DOLLARS) for expenses (including attorney's fees) of PartMiner's motion to compel.

1.

IT IS SO ORDERED.

Dated this 20th day of May, 2010.

BY THE COURT:

*signature*

HON. MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE

*signature* D. TONINI

For Randall H. Miller
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80202
*Attorneys for PartMiner Worldwide, Inc.*

*signature*

Stuart C. Clark
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
*Attorneys for SiliconExpert Technologies, Inc.*