IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff,

v.

SILICONEXPERT TECHNOLOGIES INC. and
JEFFREY J. WILLIAMS,

Defendants.

---

ORDER ( Docket No. 16 ) )

---

This matter comes before the Court on the Unopposed Motion To Modify Expert Disclosure Schedule. The Court, being fully advised, GRANTS the Motion. The Scheduling Order is modified to incorporate the following deadlines:

(a) PartMiner may disclose two experts under Fed. R. Civ. P. 26(a)(2) on or before **July 23, 2010**;

(b) SiliconExpert may disclose under Fed. R. Civ. P. 26(a)(2) any experts who will testify in rebuttal to these designations on or before **August 6, 2010**;

(c) PartMiner may disclose another expert under Fed. R. Civ. P. 26(a)(2) on or before **July 30, 2010**;

(d) SiliconExpert may disclose under Fed. R. Civ. P. 26(a)(2) an expert who will testify in rebuttal to this designation on or before **August 13, 2010**;

(e) Expert discovery will conclude on or before **August 23, 2010**.

#1462866 v7 den

Dated this 9TH day of July, 2010.

BY THE COURT:

*[signature]*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

#1462866 v7 den