# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: August 24, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 09-cv-00586-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| PARTMINER WORLWIDE INC., | Randall Miller |
| Plaintiff, | |
| v. | |
| SILICONEXPERT TECHNOLOGIES, INC.; JEFFREY J. WILLIAMS, AVNET, INC., | Stuart Clark |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**9:23 a.m.   Court in session.**

Counsel are present as listed above. Jeff Greenblatt, general counsel for plaintiff t and defendant Jeffrey Williams are present.

The Court addresses case status.

**PENDING MOTIONS.**

The Court addresses plaintiff's motion to take judicial notice (**Doc. #149**)

**ORDER:**   Motion to Take Judicial Notice (**Doc. #149**) is **DENIED as moot**.

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

The Court addresses plaintiff's Motion for Sanctions (**Doc. #169**) and Motion to Seal Declaration (**Doc. #179**). Both motions have been referred to the Magistrate Judge and will be addressed accordingly.

The Court addresses defendant SiliconExpert's objections to the Magistrate Judge's Order (**Doc. #148**). The Court will address the motion in the ordinary course of business.

The Court addresses time needed for trial.

Statements by counsel Miller and Clark.

Review of the proposed final pretrial order - matters addressed:

> Claims
> Defenses
> Witness List
> Exhibit List
> Anticipated motions
> Trial length, trial process, 702 motion process, technology training, evidentiary issues and any questions posed by counsel.

**ORDER:** Pertinent to trial process: (The parties will be given an equal amount of time based on how many days the case is set for trial to which can be used however the parties wish. The time will be tracked on a chess clock by the Courtroom Deputy.)

**ORDER:** Revised final pretrial order (including witness and exhibits lists) and Joint 702 Motion(s) to be filed by **September 24, 2010.**

**ORDER:** Trial is set for 9 days beginning on **July 18, 2011 at 1:00 p.m.** and continuing **July 19-22 and July 26-29, 2011.** All subsequent days of trial will begin at 8:30 a.m., unless counsel are advised otherwise. No trial will be held on July 25, 2011.

**ORDER:** Proposed voir dire and jury instructions will be filed 30 days prior to trial.

**10:16 a.m.**    **Court in recess.**
**Total Time:**    **53 minutes.**
**Hearing concluded.**