IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff,

v.

SILICONEXPERT TECHNOLOGIES Inc. and
JEFFREY J. WILLIAMS,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Strike Docket No. 190 the Evidential Objections of Defendants (docket no. 191) is GRANTED for those reasons as outlined in the subject motion (docket no. 191) which this court incorporates by reference. Docket no. 190 shall be STRICKEN.

Date: September 22, 2010