IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

Plaintiff,

v.

SILICONEXPERT TECHNOLOGIES Inc. and
JEFFREY J. WILLIAMS,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is **ORDERED** that Plaintiffs' Motion for Clarification Re: Docket No. 194 (docket no. 212) is **GRANTED.**

Clarification concerning paragraphs numbered 3 through 5 as reflected in the subject motion are contained in the **RECOMMENDATION** section of this Court's **RECOMMENDATION** Regarding Plaintiff's Motion for Sanctions for Defendants' Destruction of Evidence and Disobedience of Court Orders (docket no. 194). The court also notes that the lead in language under the **RECOMMENDATION** section states: "**WHEREFORE**, based upon these findings of fact and conclusions of law this court **RECOMMENDS**:" Accordingly, paragraphs 3 through 5 are **RECOMMENDATIONS.**

Date: October 12, 2010