IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00586-MSK-MJW

PARTMINER WORLDWIDE INC.,

        Plaintiff,

v.

SILICONEXPERT TECHNOLOGIES INC.; and
JEFFREY J. WILLIAMS,

        Defendants,

and

AVNET, INC.,

        Interested Party.
_____

**ORDER AND NOTICE OF EVIDENTIARY HEARING**
_____

THIS MATTER comes before the Court following vacation of the law and motion hearing set for December 10, 2010.  Counsel has jointly contacted chambers and agreed upon a date for setting of a hearing on the Parties Joint Motion Under Fed.R.Evid. 702 **(#196)**.  Based thereon,

    **IT IS ORDERED** that:

    (1)    A four-hour evidentiary hearing is set for **March 2, 2011,** at **9:00 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

    (2)    To enable the parties to prepare for the hearing, any party intending to offer

exhibits or call witnesses at the hearing shall, at least **three business days prior to the hearing**, provide copies of all proposed exhibits (pre-marked) and a list of witnesses to all counsel.

(3)  Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.

DATED this 13th day of December, 2010.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge